# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

DANNY SWANIGAN,             )
                            )
       Plaintiff,     )
                            )
vs.                         )    Case No. 09-1337-EFM-DWB
                            )
GREAT PLAINS                )
MANUFACTURING, INC.,        )
                            )
       Defendant.     )
_____)

**ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO COMPLETE CERTAIN, LIMITED DISCOVERY**

NOW before the Court is Defendant's Motion for Extension of Time to Complete Certain, Limited Discovery (Doc. 27). Based on the fact that the parties consent to all relief sought by that motion, and for good cause shown, the motion is **GRANTED**.

Pursuant to Fed. R. Civ. P. 6(b) and D. Kan. Rule 6.1(a), the discovery period in this case shall be deemed to have been extended to **February 3, 2011**, solely for the purposes of: (1) Defendant's deposition of Plaintiff; and (2) Defendant's resolution of any matters arising from Plaintiff's anticipated supplemental responses to Defendant's discovery requests, which the Court has ordered plaintiff to provide to Defendant on or before February 1, 2011. If additional discovery is necessary as a

result of Plaintiff's supplemental responses, Defendant shall endeavor to complete the additional discovery by March 15, 2011. This Order shall **not** be interpreted to provide additional time for Plaintiff to conduct of discovery of any manner.

**IT IS SO ORDERED**.

Dated this 23rd day of February, 2011.

 S/ KENNETH G. GALE
KENNETH G. GALE
United States Magistrate Judge